356 P.2d 123

Harry D. SMITH, Petitioner,

v.

Hon. Samuel Z. MONTOYA, District Judge, First Judicial District, Respondent.

No. 6738.

Supreme Court of New Mexico.

Oct. 24, 1960.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

414

Ordered that petition for writ of mandamus filed herein be and the same is hereby denied.